FILED

11 JUN -6 PM 12:15

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| KURT WANNEBO, | CASE NO. 11cv799 BEN (RBB) |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION TO DISMISS** |
| vs. | [Dkt. No. 4.] |
| AURORA LOAN SERVICES, | |
| Defendant. | |

On April 22, 2011, Defendant Aurora Loan Services moved to dismiss Plaintiff's Complaint. Dkt. No. 4. The motion was noticed for hearing on June 6, 2011. *Id.* Under Civil Local Rule 7.1(e)(2), Plaintiff's Opposition or Statement of Non-Opposition was due by May 23, 2011. Plaintiff has filed no Opposition or Statement of Non-Opposition. Under Civil Local Rule 7.1(f)(3)(c), an opposing party's failure to file the papers as required by Civil Local Rule 7.1(e)(2) "may constitute a consent to the granting of [the] motion."

Therefore, on the basis of Plaintiff's failure to file an opposition or statement of non-opposition to the motion as required by Local Rule, Defendant's motion to dismiss is **GRANTED** and the case is **DISMISSED without prejudice.**

IT IS SO ORDERED.

DATED: June 6, 2011

_____
Hon. Roger T. Benitez
United States District Judge